ACCEPTED
01-15-00620-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/21/2015 4:18:46 PM
CHRISTOPHER PRINE
CLERK

**NO. 10-15-00620 – CV**

**IN THE COURT OF APPEALS**
**FOR THE 1ST JUDICIAL DISTRICT OF TEXAS**
**AT HOUSTON**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/21/2015 4:18:46 PM
CHRISTOPHER A. PRINE
Clerk

**LEVCO CONSTRUCTION, INC.**
Appellant,

**V.**

**CLEVELAND CONSTRUCTION, INC. and WHOLE FOODS MARKET, INC.**
Appellees.

**FROM THE 270TH JUDICIAL DISTRICT COURT**
**OF HARRIS COUNTY, TEXAS**

**APPELLANT'S NOTICE OF**
**INDIGENCE AND FOR EXTENSION**
**OF TIME**

Gregory N. Jones
SBN 10889450
Law Office of Gregory N. Jones
2323 S. Shepherd, 14th Fl.
Houston, Texas 77019
(713) 979-4691
(713) 979-4440 - fax
Counsel for Appellant

Proper notice of appeal has been filed by Appellant Levco, Plaintiff in the case below, and Appellee Whole Foods, a Defendant below. This Court is currently awaiting the trial and reporter's record, the cost for which is in excess of $23,000. As established by the affidavit attached hereto, Appellant Levco does not have the resources to pay the costs associated with the record. Which has necessitated the filing of this notice of indigence. If necessary, Levco includes with this notice a request for extension of time in order to deal with the issue.

## BACKGROUND FACTS

1. This case relates to the construction of a Whole Foods Market in that was completed in mid-2012. On May 10, 2010, CCI, the general contractor, and Whole Foods, the owner of the project, entered into a general construction contract.

2. Levco and CCI thereafter entered into a subcontract in which Levco agreed to perform certain tasks relating to the construction of the project. The project was delayed by nearly a year as a result of incomplete and inaccurate plans and specifications, among other things. Consequently, Levco was not paid for its additional work performed on the project, which ultimately led to this litigation and Levco's failure as an on-going enterprise.

Accordingly, Levco is unable to pay any portion of the costs associated with this appeal and has been forced to file this notice of indigency in order to continue its appeal.

## PRAYER/RELIEFREQUESTED

For the foregoing reasons, appellant Levco requests that this Court take notice of its financial situation, issue a thirty (30) day extension of the deadlines to file briefs, if necessary, and such other relief to which it determines the parties are entitled.

Respectfully submitted,

**LAW OFFICE OF GREGORY N. JONES**

/s/ *Gregory N. Jones*
Gregory N.Jones
2323 S. Shepherd, 14th Fl.
Houston, Texas 77019
(713) 979-4691
(713) 979-4440 – fax
gjones@gnjlaw.net
Counsel for Appellant

**CERTIFICATE OF CONFERENCE**

I certify to the Court that I have conferred with counsel for Appellee Whole Foods who indicated that it is opposed to the relief sought by this motion.

/s/ *Gregory N. Jones*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document has been electronically served on all counsel of record on September 21st, 2015.

/s/ *Gregory N. Jones*

AFFIDAVIT OF LUKE SONSEL

| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Luke Sonsel, who, upon being sworn, did depose and state as follows:

1.    "My name is Luke Sonsel. I am over twenty-one years of age. I am of sound mind and am competent and capable of making this Affidavit. I have obtained personal knowledge of the facts set forth herein, all of which are true and correct.

2.    I was the president of Levco Construction, Inc., a Texas corporation, at the time it was in business. Levco was a constmction company that 9perated in Texas as a subcontractor on commercial projects. Levco never had any individuals or affiliates that conducted operations on its behalf.

3.    During the pendency of the *suit* between Levco and Cleveland Construction, Inc. and Whole Foods Market, Inc., Levco ran out of money and ceased operations. Levco has not been an operating entity since 2013 and has no assets. Levco, is now a defunct company and has no funds or assets to pay for expenses of liti atio or an appeal.

Further, affiant sayeth not."

_____
LUKE SONSEL

SUBSCRIBED AND SWORN TO before me, on this the _____ day of September, 2015, witness my hand and seal of office.



NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

/JI"5} CATHERINE LEAVELL TABOR
\ ]ir,J•l MV COMMIS ION EXPIFIES
'•i'l,f.Nr.;.l' FEBRUARY 25,:Z018

## AFFIDAVIT OF LUKE SONSEL

STATE OF TEXAS                      §
                                           §

COUNTY OF HARRIS                §

       BEFORE ME, the undersigned authority, on this day personally appeared Luke Sonsel, who, upon being sworn, did depose and state as follows:

1.       "My name is Luke Sonsel. I am over twenty-one years of age. I am of sound mind and am competent and capable of making this Affidavit. I have obtained personal knowledge of the facts set forth herein, all of which are true and correct.

2.       I was the president of Levco Construction, Inc., a Texas corporation, at the time it was in business. Levco was a construction company that operated in Texas as a subcontractor on commercial projects. Levco never had any individuals or affiliates that conducted operations on its behalf.

3.       During the pendency of the suit between Levco and Cleveland Construction, Inc. and Whole Foods Market, Inc., Levco ran out of money and ceased operations. Levco has not been an operating entity since 2013 and has no assets. Levco is now a defunct company and has no funds or assets to pay for expenses of litigation or an appeal.

      Further, affiant sayeth not."



                                    _____
                                      LUKE SONSEL

      SUBSCRIBED AND SWORN TO before me, on this the \_\_\_\_\_ day of September, 2015, witness my hand and seal of office.

                                    _____
                                    NOTARY PUBLIC IN AND FOR
                                    THE STATE OF TEXAS

CATHERINE LEAVELL TABOR
MY COMMISSION EXPIRES
FEBRUARY 25, 2018